NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ELBERT LEE CLARK,                         )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No.  2D17-2117
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____ )

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, VILLANTI, and BLACK, JJ., Concur.